JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUILLERMO GARCIA, | ) | NO. CV 21-1911-CAS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES S. HILL ("Warden"), | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 3, 2021.

*/s/ Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE